UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RASHAD GREAVES,<br><br>Defendant. | CRIMINAL NO. 11-10038-RWZ |

## ORDER

Upon consideration of the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (the "2255 Motion") filed by *Pro Se* Petitioner Rashad Greaves in the above-captioned action, and the United States of America's response thereto, it is hereby ORDERED and DIRECTED as follows:

(1) The petitioner, Rashad Greaves must file a supplement to his 2255 Motion, which includes: (a) confirmation he has waived his attorney-client privilege with respect to the factual issues raised by his claim of ineffective assistance of counsel, and (b) a full and complete statement of his version of every significant conversation or communication he had with his trial counsel, Catherine K. Byrne, Esq., concerning the subject of the filing of a direct appeal of his conviction and sentence, together with any documents he may have which bear on this issue;

(2) Within 14 days of receipt of such waiver and supplement, the government is hereby ORDERED to serve a copy of such waiver and supplement, along with a copy of the petitioner's 2255 Motion and supporting memorandum, upon the Honorable Catherine K. Byrne; and

(3) Within 30 days of receipt from the government of a copy of such waiver and supplement, the Honorable Catherine K. Byrne is hereby ORDERED to file an affidavit under oath responding to petitioner Greaves's allegations and setting forth pertinent details concerning conversations, correspondence, and/or relevant documentation exchanged with Greaves either during or after his guilty plea and sentencing hearings on the subject of filing an appeal.

_____
RYA W. ZOBEL
United States District Judge

Dated: 10/16/13